

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00337-CV

| | | |
|---|---|---|
| STANLEY ROY HILTON, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-307187-19) |
| V. | § | October 7, 2021 |
| KORRECT GENERAL CONTRACTING, LLC, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment confirming the arbitration award. We reverse that portion of the trial court's judgment ordering that Stanley Roy Hilton take nothing on his claims and counterclaims and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack